UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICK STORM, a/k/a RICKIE STORM,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID McCLUSKY; DODDS HAYDEN; KAREN NEILL; JOSH TEWALT; RONA SIEGERT; RANDY VALLEY; RADHA SADACHARAN; KAREN BOYER; HSA JOHNSON; KASEY HOLMES; SHANNON CHAPEL; HEATHER CROSSLEY; and CENTURION MEDICAL CORPORATION,<br><br>        Defendants. | Case No. 1:23-cv-00502-DCN<br><br>**ORDER** |

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time (Dkt. 7) is GRANTED. Plaintiff must pay the full amount of the filing fee no later than February 22, 2024.

DATED: January 30, 2024

David C. Nye
Chief U.S. District Court Judge

ORDER - 1